**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    In re Freeport LNG, LLC

Appellate case number:    01-21-00701-CV

Trial court case number:    2019-43529

Trial court:    165th District Court of Harris County

On July 29, 2022, relator filed a motion to stay the underlying proceedings due to the trial court's failure to comply with this Court's July 23, 2022 opinion directing a ruling on relator's summary judgment motion. On August 18, 2022, the trial court issued an order granting relator's summary judgment motion. Accordingly, relator's stay motion is DENIED.

Judge's signature: _____/s/ Sarah B. Landau_____
                              Acting individually

Date:  __August 25, 2022____